FILED
CLERK, U.S. DISTRICT COURT

**MAR 11 2016**

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-328-SVW |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| MARVIN GLEN BARNETTE, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.    (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _nature of the offenses; alleged failure to submit to electronic monitoring; substance abuse issues_

_____

        and/or

B.      ( ) The defendant has not met his/her burden of establishing by clear and
        convincing evidence that he/she is not likely to pose a danger to the safety of any
        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
        finding is based on: _____

_____

_____

_____


        IT IS THEREFORE ORDERED that the defendant be detained pending the further
revocation proceedings.

Dated: March 11, 2016

                                        _____
                                        ALICIA G. ROSENBERG
                                        United States Magistrate Judge